NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BANGKOK BANGKOK IMPORT & EXPORT INC.,**

*Plaintiff-Appellee*

**v.**

**2M ASSOCIATES, INC., ALPHA BAH,**

*Defendants-Appellants*

_____

2022-1584

_____

Appeal from the United States District Court for the Southern District of New York in No. 1:20-cv-10572-JMF, Judge Jesse M. Furman.

_____

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same

2          BANGKOK BANGKOK IMPORT & EXPORT INC. V. 2M
                                           ASSOCIATES, INC.

hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


                                        FOR THE COURT

June 22, 2022
     Date                          /s/ Peter R. Marksteiner
                                   Peter R. Marksteiner
                                   Clerk of Court


**ISSUED AS A MANDATE:** June 22, 2022